Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Spencer & Associates Therapeutic Alliance, PLLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

4 7 – 4 1 5 7 4 1 2

**4. Debtor's address**

Principal place of business

**12340 Jones Rd**
Number      Street

**Houston, TX 77070-3129**
City                                State      ZIP Code

**Harris**
County

Mailing address, if different from principal place of business

Number      Street

City                                State      ZIP Code

Location of principal assets, if different from principal place of business

Number      Street

City                                State      ZIP Code

**5. Debtor's website (URL)**    **https://www.spencertherapies.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    **6   2   1   3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                      MM / DD / YYYY

         District _____   When _____   Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                      MM / DD / YYYY

         Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
           Name

| 11. Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number      Street |
| | _____ |
| | _____ |
| | City                                State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

| ⬛ | **Statistical and administrative information** |
|---|---|

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**          Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/28/2025**
             MM/ DD/ YYYY

**X** **/s/ Regina Spencer**                                         **Regina Spencer**
Signature of authorized representative of debtor                      Printed name

Title            **Owner**

**18. Signature of attorney**

**X**            **/s/ Robert C Lane**          Date **03/28/2025**
Signature of attorney for debtor                     MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number      Street

**Houston**                          **TX**      **77036-3369**
City                                State    ZIP Code

**(713) 595-8200**                      **notifications@lanelaw.com**
Contact phone                           Email address

**24046263**                          **TX**
Bar number                            State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---:|
| a. Total assets | $106,447.00 |
| b. Total debts (including debts listed in 2.c., below) | $1,127,503.83 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business ____ Outpatient mental health clinic. _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____
_____
_____

**Fill in this information to identify the case:**

Debtor name    **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/28/2025**
              MM/ DD/ YYYY

**X** **/s/ Regina Spencer**
Signature of individual signing on behalf of debtor

**Regina Spencer**
Printed name

**Owner**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Optum, Inc 1 Optum Cir Eden Prairie, MN 55344-2956 | | | | | | $409,600.00 |
| 2 | Small Business Administration 409 3rd St Sw Washington, DC 20416-0011 | | UCC | | | | $178,500.00 |
| 3 | Libertas Funding, LLC 411 West Putnam Avenue Suite 220 Greenwich, CT 06380 | | | Disputed | | | $90,520.00 |
| 4 | Wellen Capital LLC 600 W Jackson Blvd #750 Chicago, IL 60661 | | UCC | Disputed | | | $79,181.00 |
| 5 | OnDeck Capital Attn: Director of Operations 4700 W. Daybreak Pwy Suite 200 South Jordan, UT 84009 | | | | | | $75,297.00 |
| 6 | U.S. Small Business Administration 409 3rd St Sw Washington, DC 20416-0011 | | UCC | | | | $58,500.00 |
| 7 | Timeless Funding LLC 5014 16th Ave Ste 124 Brooklyn, NY 11204-1482 | | | Disputed | | | $51,033.00 |
| 8 | APP Funding Beta LLC 29 W 36th St #307 New York, NY 10018 | | | Disputed | | | $50,844.50 |

Debtor  **Spencer & Associates Therapeutic Alliance, PLLC**                                    Case number *(if known)*
_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bizfund LLC 315 Avenue U Brooklyn, NY 11223-3923 | | | Disputed | | | $49,308.00 |
| 10 | Forward Financing LLC 124 Grove Aven Suite 309 Cedarhurst, NY 11516 | | | Disputed | | | $37,485.00 |
| 11 | American Express Bankruptcy Unit P.O Box 297817 Fort Lauderdale, NY 33329 | | | | | | $28,102.75 |
| 12 | Capital One P.O. Box 60519 City Industry, CA 91716-0519 | | | | | | $10,581.80 |
| 13 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $8,000.00 |
| 14 | Kentucky Division of Unemployment Insurance Kentucky Department of Revenue 501 High Street Frankfort, KY 40601 | | | | | | $269.98 |
| 15 | LFUCG Division of Renue PO Box 14058 Lexington, KY 40512 | | | | | | $213.38 |
| 16 | FCPS Tax Collection Office PO Box 55570 Lexington, KY 40555 | | | | | | $47.42 |
| 17 | City of Nicholasville Tax Administrator 601 North Main Street Nicholasville, KY 40356 | | | | | | $12.00 |
| 18 | Jessamine County Fiscal Court 105 Court Row Nicholasville, KY 40356 | | | | | | $8.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor Name   **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the:   **Southern**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $75.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Frost Bank** | **Checking account** | **6 9 2 0** | **unknown** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$75.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   | --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1 **PATA Properties** | $150.00 |
   | --- | --- |

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**          Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 7.2  **A-S 47 Jones-Cypress N. Houston, L.P.** | | $4,000.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____          _____

8.2  _____          _____

9.   **Total of Part 2**          | $4,150.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less:   **$99,806.00** - **$14,970.00** =.....➔   $84,836.00
     face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **$17,400.00** - **$2,610.00** =.....➔   $14,790.00
     face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**          | $99,626.00 |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____          _____   _____

14.2  _____          _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____   _____   _____   _____

15.2. _____   _____   _____   _____

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
          Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____        _____      _____

    16.2 _____        _____      _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    [                    ]

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    [                    ]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

---

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
          Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    [_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**          Case number *(if known)* _____

Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Wall decor/clocks/etc** | unknown | | $50.00 |
| | **Desks (5)** | unknown | | $150.00 |
| | **Chairs** | unknown | | $750.00 |
| | **Filing Cabinets (3)** | unknown | | $25.00 |
| | **Tables (7)** | unknown | | $150.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Phones (4)** | unknown | | $100.00 |
| | **Printer (3)** | unknown | | $75.00 |
| | **XEROX Printer/Scanner/Copier (Leased)** | unknown | | $0.00 |
| | **NeurOptimal Neurofeedback (Lease to own)** | unknown | | $0.00 |
| | **Computers (15)** | unknown | | $500.00 |
| | **Monitors (6)** | unknown | | $150.00 |
| | **Sand trays (4)** | unknown | | $20.00 |
| | **Workbooks (miscellaneous therapies, guides) - (50)** | unknown | | $75.00 |
| | **Textbooks (Psychology-based) - (30)** | unknown | | $75.00 |
| | **Children's books (200)** | unknown | | $100.00 |
| | **Dolls, figurines, etc (200)** | unknown | | $100.00 |
| | **Costumes (10)** | unknown | | $50.00 |
| | **Paints, painting tools (30)** | unknown | | $50.00 |
| | **Craft supplies** | unknown | | $50.00 |
| | **Therapeutic games** | unknown | | $50.00 |
| | **Coffee/espresso machines** | unknown | | $50.00 |
| | **Vacuum** | unknown | | $25.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**          Case number *(if known)* _____
          Name

---

42.3 _____    _____   _____   _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                              | **$2,595.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                              | _____ |

---

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
Name

Case number *(if known)* _____

---

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Houston Office /** 12340 Jones Road Suite 290 Houston, TX 77070 | **Lease** | **unknown** | | $0.00 |
| 55.2 **Lexington Office /** 114 Dennis Dr Lexington, KY 40503 | **Lease** | **unknown** | | $0.00 |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| https://www.spencertherapies.com/ | **unknown** | | $1.00 |

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
          Name

---

62.  **Licenses, franchises, and royalties**

     _____   _____   _____   _____

63.  **Customer lists, mailing lists, or other compilations**

     _____   _____   _____   _____

64.  **Other intangibles, or intellectual property**

     _____   _____   _____   _____

65.  **Goodwill**

     _____   _____   _____   _____

66.  **Total of Part 10**                                                    | $1.00 |
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 11:**   All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

                                                                             **Current value of debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

     _____  _____ – _____ = ➡  _____
                                 Total face amount       doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

     _____   Tax year _____   _____
     _____   Tax year _____   _____
     _____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

---

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
          Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **SKB Properties** _____                                                    **unknown**

   **Nature of claim**        **Mold Claim Against Former Landlord**

   **Amount requested**            **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim**        _____

   **Amount requested**       _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

Debtor     **Spencer & Associates Therapeutic Alliance, PLLC**

Name

Case number *(if known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $75.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,150.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $99,626.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,595.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➡ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. | **Total.** *Add lines 80 through 90 for each column.* .........91a. | $106,447.00 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $106,447.00 |

Fill in this information to identify the case:

Debtor name **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**
**Creditor's name**
APP Funding Beta LLC

**Creditor's mailing address**
29 W 36th St #307
New York, NY 10018

**Creditor's email address, if known**
_____

**Date debt was incurred** 02/01/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Column A:** $50,844.50
**Column B:** unknown

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$670,668.50

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** **Creditor's name**

**Bizfund LLC**

**Describe debtor's property that is subject to a lien**

$49,308.00        unknown

**Creditor's mailing address**

**315 Avenue U**

**Brooklyn, NY 11223-3923**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    02/01/2025

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**          Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.3** Creditor's name

**Forward Financing LLC**

Describe debtor's property that is subject to a lien

_____

_____

Amount of claim: **$37,485.00**   Value of collateral: **unknown**

Creditor's mailing address

**124 Grove Aven Suite 309**

**Cedarhurst, NY 11516**

_____

Describe the lien

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    **02/18/2024**

Last 4 digits of account number    __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4 Creditor's name**

**Libertas Funding, LLC**

**Describe debtor's property that is subject to a lien**

_____

_____

$90,520.00     unknown

**Creditor's mailing address**

**411 West Putnam Avenue Suite 220**

**Greenwich, CT 06380**

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   01/01/2025

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.5** Creditor's name

**OnDeck Capital**

Describe debtor's property that is subject to a lien

_____

Amount of claim: **$75,297.00**     Value of collateral: **unknown**

**Creditor's mailing address**

**Attn: Director of Operations**

**4700 W. Daybreak Pwy Suite 200**

**South Jordan, UT 84009**

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   **02/18/2024**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   **8   1   2   6**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** UCC

Debtor **Spencer & Associates Therapeutic Alliance, PLLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** Creditor's name

**Small Business Administration**

Creditor's mailing address

**409 3rd St Sw**

**Washington, DC 20416-0011**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number **7 9 0 0**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Column A:** $178,500.00

**Column B:** unknown

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7**  **Creditor's name**

**Timeless Funding LLC**

**Creditor's mailing address**

**5014 16th Ave Ste 124**

**Brooklyn, NY 11204-1482**

**Creditor's email address, if known**

_____

Date debt was incurred    **11/01/2024**

Last 4 digits of account    __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$51,033.00    unknown

Debtor **Spencer & Associates Therapeutic Alliance, PLLC**

Name

Case number (if known) _____

---

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8 Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**409 3rd St Sw**

**Washington, DC 20416-0011**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $58,500.00 | unknown |

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**
      Name

Case number (if known) _____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9**   **Creditor's name**

**Wellen Capital LLC**

Describe debtor's property that is subject to a lien

$79,181.00      unknown

**Creditor's mailing address**

**600 W Jackson Blvd #750**

**Chicago, IL 60661**

Describe the lien

**UCC**

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred** _____

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

     ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
　　　　Name

Case number (if known) _____

---

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Law Office of Jason Gang, PLLC**<br>**1245 Hewlett Plaza #478**<br>**Hewlett, NY 11557** | Line 2. __1__ | __ __ __ __ |
| **U.S. Small Business Administration (SBA) - All Divisions**<br>**Little Rock Commercial Loan Servicing Center**<br>**2120 Riverfront Drive 100**<br>**Little Rock, AR 72202** | Line 2. __6__ | __ __ __ __ |
| **U.S. Small Business Administration (SBA) - All Divisions**<br>**Little Rock Commercial Loan Servicing Center**<br>**2120 Riverfront Drive 100**<br>**Little Rock, AR 72202** | Line 2. __8__ | __ __ __ __ |
| _____ | Line 2. ____ | __ __ __ __ |
| _____ | Line 2. ____ | __ __ __ __ |
| _____ | Line 2. ____ | __ __ __ __ |
| _____ | Line 2. ____ | __ __ __ __ |
| _____ | Line 2. ____ | __ __ __ __ |
| _____ | Line 2. ____ | __ __ __ __ |

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                              Case number (if known) _____

Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br><br>**City of Nicholasville**<br>**Tax Administrator**<br>**601 North Main Street**<br>**Nicholasville, KY 40356**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $12.00 | $12.00 |
| **2.2** | **Priority creditor's name and mailing address**<br><br>**FCPS Tax Collection Office**<br>**PO Box 55570**<br>**Lexington, KY 40555**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $47.42 | $47.42 |

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**             Case number *(if known)* _____
         Name

**Part 1:**   Additional Page

---

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,000.00 | $8,000.00

**Priority creditor's name and mailing address**

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00      $8,000.00

---

**2.4** | **Priority creditor's name and mailing address**

Jessamine County Fiscal Court

105 Court Row

Nicholasville, KY 40356

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$8.00      $8.00

---

**2.5** | **Priority creditor's name and mailing address**

Kentucky Division of Unemployment Insurance

Kentucky Department of Revenue

501 High Street

Frankfort, KY 40601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$269.98      $269.98

---

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**          Case number *(if known)* _____
          Name

| Part 1: | Additional Page |
|---|---|

**2.6** Priority creditor's name and mailing address

**LFUCG Division of Renue**

**PO Box 14058**

**Lexington, KY 40512**

As of the petition filing date, the claim is: $213.38          $213.38
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account

number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

Debtor     **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**American Express**

**Bankruptcy Unit**

**P.O Box 297817**

**Fort Lauderdale, NY 33329**

Date or dates debt was incurred     **08/01/2020**

Last 4 digits of account number     **1   0   0   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$28,102.75**

---

**3.2**   Nonpriority creditor's name and mailing address

**Capital One**

**P.O. Box 60519**

**City Industry, CA 91716-0519**

Date or dates debt was incurred     _____

Last 4 digits of account number     **4   5   1   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$10,581.80**

---

**3.3**   Nonpriority creditor's name and mailing address

**Optum, Inc**

**1 Optum Cir**

**Eden Prairie, MN 55344-2956**

Date or dates debt was incurred     _____

Last 4 digits of account number     **5   8   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$409,600.00**

---

**3.4**   Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**
          Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$8,550.78** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$448,284.55** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$456,835.33** |

Fill in this information to identify the case:

Debtor name **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest **Office Lease** | **A-S 47 Jones-Cypress N. Houston, L.P.** |
| | State the term remaining **5 months** | **7324 Southwest Fwy Ste 1900** |
| | List the contract number of any government contract | **Houston, TX 77074-2057** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest **Kentucky Office Space** | **PATA Properties** |
| | State the term remaining **0 months** | **114 Dennis Dr** |
| | List the contract number of any government contract | **Lexington, KY 40503-2917** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest **Printer Lease** | **Xerox Financial Services LLC** |
| | State the term remaining **45 months** | **201 Merritt 7** |
| | List the contract number of any government contract | **Norwalk, CT 06851** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name     **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the:    **Southern**    District of    **Texas**
                                                    (State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**    **Does the debtor have any codebtors?**

     ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☑ Yes

**2.**    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Regina Spencer** | **12822 Ivyforest Dr** <br> Street | **OnDeck Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | **Cypress, TX 77429-2013** <br> City       State      ZIP Code | **Bizfund LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Timeless Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Wellen Capital LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Libertas Funding, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **APP Funding Beta LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Capital One** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**          Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.2 | **Spencer, Regina** | **12822 Ivyforest Dr**<br>Street<br><br>**Cypress, TX 77429-2013**<br>City          State          ZIP Code | **OnDeck Capital** | ☑ D ☐ E/F ☐ G |
| | | | **Bizfund LLC** | ☑ D ☐ E/F ☐ G |
| | | | **Timeless Funding LLC** | ☑ D ☐ E/F ☐ G |
| | | | **Wellen Capital LLC** | ☑ D ☐ E/F ☐ G |
| | | | **Libertas Funding, LLC** | ☑ D ☐ E/F ☐ G |
| | | | **APP Funding Beta LLC** | ☑ D ☐ E/F ☐ G |
| | | | **Small Business Administration** | ☑ D ☐ E/F ☐ G |
| | | | **Capital One** | ☐ D ☑ E/F ☐ G |
| 2.3 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                                     **Schedule H: Codebtors**                                     page **2** of **3**

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**

Name

Case number (if known) _____

| Additional Page if Debtor Has More Codebtors |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Spencer & Associates Therapeutic Alliance, PLLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>Southern District of Texas</strong></td></tr>
<tr><td colspan="2">Case number (if known): _____   Chapter __11__</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. | **$106,447.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... | **$106,447.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$670,668.50**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | **$8,550.78**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+ $448,284.55**

4. **Total liabilities**.................................................................................................................. | **$1,127,503.83**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name   **Spencer & Associates Therapeutic Alliance, PLLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date  MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$98,365.00** |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u>  MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$1,122,822.00** |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u>  MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$966,436.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date  MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u>  MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u>  MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Spencer & Associates Therapeutic Alliance, PLLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **OnDeck Capital** <br> Creditor's name <br><br> **4700 W. Daybreak Pwy Suite 200** <br> Street <br><br> **Attn: Director of Operations** <br><br> **South Jordan, UT 84009** <br> City　　　　State　　ZIP Code | | **$13,500.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Bizfund LLC** <br> Creditor's name <br><br> **315 Avenue U** <br> Street <br><br><br> **Brooklyn, NY 11223-3923** <br> City　　　　State　　ZIP Code | | **$14,136.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. **Timeless Funding LLC** <br> Creditor's name <br><br> **5014 16th Ave Ste 124** <br> Street <br><br><br> **Brooklyn, NY 11204-1482** <br> City　　　　State　　ZIP Code | | **$24,333.35** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.4. **Wellen Capital LLC** <br> Creditor's name <br><br> **600 W Jackson Blvd #750** <br> Street <br><br><br> **Chicago, IL 60661** <br> City　　　　State　　ZIP Code | | **$29,170.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.5. **TVT Capital** <br> Creditor's name <br><br> **1407 Broadway Fl 29** <br> Street <br><br><br> **New York, NY 10018-5100** <br> City　　　　State　　ZIP Code | | **$15,000.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
_____
         Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | _____ | | _____ |
| Street | | | |
| _____ | _____ | | _____ |
| City          State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State   ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | | _____ | _____ |
| Creditor's name | | | |
| _____ | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City          State   ZIP Code | | | |

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
_____
Name

Case number *(if known)* _____

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **App Funding Beta LLC v. Spencer & Associates Therapeutic Alliance PLLC d/b/a Spencer & Associates Therapeutic Alliance and Regina Lynn Spencer** | **Breach of contract.** | **Supreme Court of the State of New York County of Monroe**<br>Name<br>**99 Exchange Blvd**<br>Street<br>**Hall of Justice 5th Floor, Room 545**<br>**Rochester, NY 14614-2112**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**E202504177** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Bizfund LLC v. Spencer & Associates Therapeutic Alliance, PLLC dba Spencer & Associates Therapeutic Alliance, and Spencer Associates Neurofeedback LLC, and Regina Lynn Spencer** | **Breach of Contract** | **Supreme Court of the State of New York County of Kings**<br>Name<br>**360 Adams St 4**<br>Street<br><br>**Brooklyn, NY 11201**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**507696/2025** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Wellen Capital, LLC v. Spencer & Associates Therapeutic Alliance PLLC and Regina Spencer** | | **Supreme Court of the State of New York County of Niagra**<br>Name<br>**775 Third Street**<br>Street<br><br>**Niagara Falls, NY 14301**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br> | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**            Case number *(if known)* _____
_____
Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

**Case title**
_____

**Court name and address**

Street
_____

Name
_____

**Case number**
_____

Street
_____

City            State    ZIP Code

**Date of order or assignment**
_____

City            State    ZIP Code

---

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City            State    ZIP Code

**Recipient's relationship to debtor**
_____

---

| **Part 5:** | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. **Derechos/Tornadoes** | None. | 05/15/2024 | $25,000.00 |
| 10.2. **Hurricane Beryl** | None. | 07/08/2024 | $125,000.00 |

---

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)*

Name

**11.1.**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Lane Law Firm** | **Attorney's Fees** | **02/10/2025** | **$2,500.00** |
| **Address** | **Attorney's Fee** | **03/05/2025** | **$27,500.00** |
| **6200 Savoy Suite 1150** | **Attorney's Fee** | **03/24/2025** | **$5,000.00** |
| Street | | | |
| **Houston, TX 77036** | | | |
| City            State    ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12.** **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**12.1.**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |

---

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor **Spencer & Associates Therapeutic Alliance, PLLC**

Name

Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

Address

Street

City                    State      ZIP Code

Relationship to debtor

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. **13715 Office Park Dr**
Street

From **April 2021**   To **July 2023**

**Houston, TX 77070-2892**
City                    State      ZIP Code

14.1. **24285 Katy Fwy Fl 4**
Street

From **October 2021**   To **February 2024**

**Katy, TX 77494-1165**
City                    State      ZIP Code

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

---

Debtor  **Spencer & Associates Therapeutic Alliance, PLLC**
Name                                                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. **Spencer & Associates Therapeutic Alliance, PLLC**
Facility name

**Mental Health Outpatient Therapy**

**150**

**12340 Jones Rd Ste 290**
Street

**Houston, TX 77070-3129**
City          State     ZIP Code

Location where patient records are maintained*(if different from facility address). If electronic, identify any service provider.*

**Therapy Appointment Electronic Health Record, EHRYW Electronic Health Record**

How are records kept?

*Check all that apply:*
☑ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2. **Spencer & Associates Therapeutic Alliance. PLLC**
Facility name

**Mental Health Outpatient Therapy**

**50**

**114 Dennis Dr Ste 9**
Street

**Lexington, KY 40503-2917**
City          State     ZIP Code

Location where patient records are maintained*(if different from facility address). If electronic, identify any service provider.*

**Therapy Appointment Electronic Health Record, EHRYW Electronic Health Record**

How are records kept?

*Check all that apply:*
☑ Electronically
☐ Paper

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**
    ☐ No.
    ☑ Yes.                                    **Name, address, date of birth, insurance company,**
        State the nature of the information collected and retained. **closest relative (if minor)**
        Does the debtor have a privacy policy about that information?
        ☐ No
        ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Guideline 401K** | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
     Name                                                       Case number *(if known)*

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)*_____
_____
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | _____ | _____ | _____ |
| Street | _____ | _____ | |
| | _____ | _____ | |
| City        State    ZIP Code | | _____ | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City        State    ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

Debtor **Spencer & Associates Therapeutic Alliance, PLLC**
Name

Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____
Name
_____
Street
_____
City          State     ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Bookkeeping and Beyond**
Name
**99 Detering St Ste 106**
Street

**Houston, TX 77007-8225**
City          State          ZIP Code | From **08/01/2022**  To _____ |
| 26a.2. **Calloway and Stinson**
Name
**8554 Katy Fwy Ste 110**
Street

**Houston, TX 77024-1841**
City          State          ZIP Code | From **01/01/2023**  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**
Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|

26b.1. **Bookkeeping and Beyond**
Name

From **08/01/2022**  To _____

**99 Detering St Ste 106**
Street

_____

**Houston, TX 77007-8225**
City                    State              ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name

_____

Street

_____

City                    State              ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. **APP Funding Beta LLC**
Name

**29 W 36th St #307**
Street

_____

**New York, NY 10018**
City                    State              ZIP Code

| Name and address |
|---|

26d.2. **Bizfund LLC**
Name

**315 Avenue U**
Street

_____

**Brooklyn, NY 11223-3923**
City                    State              ZIP Code

| Name and address |
|---|

26d.3. **Forward Financing LLC**
Name

**124 Grove Aven Suite 309**
Street

_____

**Cedarhurst, NY 11516**
City                    State              ZIP Code

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                                  Case number *(if known)*
Name

| Name and address |
| --- |

26d.4. **Libertas Funding, LLC**
Name

**411 West Putnam Avenue Suite 220**
Street


**Greenwich, CT 06380**
City                                    State                    ZIP Code

| Name and address |
| --- |

26d.5. **Timeless Funding LLC**
Name

**5014 16th Ave Ste 124**
Street


**Brooklyn, NY 11204-1482**
City                                    State                    ZIP Code

| Name and address |
| --- |

26d.6. **Wellen Capital LLC**
Name

**600 W Jackson Blvd #750**
Street


**Chicago, IL 60661**
City                                    State                    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name


Street


City                                    State                    ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Regina Spencer** | **12822 Ivyforest Dr Cypress, TX 77429-2013** | **Owner,** | **100.00%** |

Debtor  **Spencer & Associates Therapeutic Alliance, PLLC**                    Case number *(if known)* _____
        Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. **Regina Spencer** <br> Name <br><br> **12822 Ivyforest Dr** <br> Street <br><br> **Cypress, TX 77429-2013** <br> City          State          ZIP Code <br><br> Relationship to debtor <br> _____ | **$101,000.00** | **Various** | **Salary** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:  Signature and Declaration**

Debtor   **Spencer & Associates Therapeutic Alliance, PLLC**                                    Case number *(if known)* _____
                 Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**03/28/2025**___
                    MM/  DD/  YYYY

**X** **/s/ Regina Spencer**                                    Printed name _____**Regina Spencer**_____
      Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____**Owner**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   Spencer & Associates Therapeutic Alliance, PLLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ **$35,000.00**

Prior to the filing of this statement I have received .................................................................. **$35,000.00**

Balance Due ................................................................................................................................ **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **03/28/2025** | **/s/ Robert C Lane** |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Spencer & Associates Therapeutic**
     **Alliance, PLLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/28/2025**     Signature                  **/s/ Regina Spencer**

                                                   Regina Spencer, Owner

SUPERIOR OFFICE PRODUCTS
533 HIGHLANDIA DR STE C
BATON ROUGE, LA 70810-6060


AMERICAN EXPRESS
BANKRUPTCY UNIT
P.O BOX 297817
FORT LAUDERDALE, NY 33329


APP FUNDING BETA LLC
29 W 36TH ST #307
NEW YORK, NY 10018


A-S 47 JONES-CYPRESS N.
HOUSTON, L.P.
7324 SOUTHWEST FWY STE 1900
HOUSTON, TX 77074-2057


BIZFUND LLC
315 AVENUE U
BROOKLYN, NY 11223-3923


CAPITAL ONE
P.O. BOX 60519
CITY INDUSTRY, CA 91716-0519


CITY OF NICHOLASVILLE
TAX ADMINISTRATOR
601 NORTH MAIN STREET
NICHOLASVILLE, KY 40356


FCPS TAX COLLECTION
OFFICE
PO BOX 55570
LEXINGTON, KY 40555

FORWARD FINANCING LLC
124 GROVE AVEN SUITE 309
CEDARHURST, NY 11516


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JESSAMINE COUNTY FISCAL
COURT
105 COURT ROW
NICHOLASVILLE, KY 40356


KENTUCKY DIVISION OF
UNEMPLOYMENT INSURANCE
KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT, KY 40601

LFUCG DIVISION OF RENUE
PO BOX 14058
LEXINGTON, KY 40512


LIBERTAS FUNDING, LLC
411 WEST PUTNAM AVENUE SUITE 220
GREENWICH, CT 06380


ONDECK CAPITAL
ATTN: DIRECTOR OF OPERATIONS
4700 W. DAYBREAK PWY SUITE 200
SOUTH JORDAN, UT 84009


OPTUM, INC
1 OPTUM CIR
EDEN PRAIRIE, MN 55344-2956

PATA PROPERTIES
114 DENNIS DR
LEXINGTON, KY 40503-2917


REGINA SPENCER
12822 IVYFOREST DR
CYPRESS, TX 77429-2013


SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0011


SPENCER & ASSOCIATES
THERAPEUTIC ALLIANCE,
PLLC
12340 JONES RD STE 290
HOUSTON, TX 77070-3129

REGINA SPENCER
12822 IVYFOREST DR
CYPRESS, TX 77429-2013


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THE LAW OFFICE OF JASON
GANG, PLLC
1245 HEWLETT PLAZA #478
HEWLETT, NY 11557


TIMELESS FUNDING LLC
5014 16TH AVE STE 124
BROOKLYN, NY 11204-1482

U.S. SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0011


U.S. SMALL BUSINESS
ADMINISTRATION (SBA) -
ALL DIVISIONS
LITTLE ROCK COMMERCIAL LOAN
SERVICING CENTER
2120 RIVERFRONT DRIVE 100
LITTLE ROCK, AR 72202

WELLEN CAPITAL LLC
600 W JACKSON BLVD #750
CHICAGO, IL 60661


XEROX FINANCIAL SERVICES
LLC
201 MERRITT 7
NORWALK, CT 06851